**Order entered March 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00109-CV

## CATAPULT REALTY CAPITAL LLC, Appellant

## V.

## TOBIAN JOHNSON, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12714**

## ORDER

Before the Court is appellant's unopposed motion for extension of time to file a brief. We

**GRANT** appellant's motion and **ORDER** the brief received on March 15, 2019 filed as of the

date of this order. Appellee's brief is due by **April 8, 2019**.

/s/  ERIN A. NOWELL
    JUSTICE